**Order entered April 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00396-CV

## IN RE JAMES DAVID HORTON, AND ROBBIE LESA HORTON, Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11551**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/      CRAIG STODDART
         JUSTICE